Form 3A
(10/05)

# United States Bankruptcy Court

District Of ____Illinois____

In re __Kinyata Brown__,
         Debtor

Case No. __08-26550__

Chapter __7__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ __299__ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ __74.75__    Check one ☑ With the filing of the petition, or
                              ☐ On or before _____

   $ __74.75__    on or before __11·3·08__

   $ __74.75__    on or before __12·3·08__

   $ __74.75__    on or before __1·3·08__

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____    _____    __KB__        __10·3·08__
Signature of Attorney             Date      Signature of Debtor    Date
                                            (In a joint case, both spouses must sign.)

_____
Name of Attorney

                                            _____    _____
                                            Signature of Joint Debtor (if any)    Date

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

OCT 03 2008

KENNETH S. GARDNER, CLERK
PS REP. - AI

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
## District Of _____ Illinois _____

In re __Kinyata Brown__,                         Case No. __08-26550__
         Debtor
                                                  Chapter __7__

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☑ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ __74.75__    Check one  ☑ With the filing of the petition, or
                          ☐ On or before _____

$ __74.75__    on or before __11-3-08__

$ __74.75__    on or before __12-3-08__

$ __74.75__    on or before __1-3-08__

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: __10-3-08__

**KENNETH S. GARDNER**
Clerk, U.S. Bankruptcy Court

Kenneth S. Gardner, Clerk of the Court